# CIRCUIT COURT OF BALTIMORE CITY

Filed January 12, 1889.

## IN THE MATTER OF THE TRUST ESTATE OF JULIUS M. COLEBURN AND OTHERS.

DENNIS, J.—

In the Circuit Court, Judge Dennis, on Saturday, filed an opinion in the matter of the trust estate of Julius M. Coleburn and others. In 1887 John G. Mitchell was made trustee by Paul Coleburn. Coleburn had a life tenancy in the estate. George M. Bokee and Wm. H. Pope were sureties on Mitchell's bond. Mitchell and Coleburn, it was alleged, wasted a part of the estate. Mitchell was removed from the trusteeship and Geo. G. Hooper succeeded him in 1881. Hooper then asked for an order to sue Mitchell's bond, receiving in the meantime the income on the estate, and paying it over to Coleburn. Bokee applied for a restraining order, which the Court granted.

The opinion of Judge Dennis is as follows: "When the new trustee was made acquainted with the fact of the *cestuique* trust participation in the *devistavit* committed in this case, it became his primary duty to apply whatever money came into his hands belonging to the *cestuique* trust to making good the loss to the trust estate caused by the latter's misconduct. The new trustee was not relieved of this obligation, because of the order of the Court which directed him to bring suit for

the amount of the *devistavit* against the bond of the old trustee. He was still bound to retain any funds of the *cestuique* trusts that came into his hands in reduction of the latter's debt to the estate, and in the suit upon the bond the old trustee and his sureties would have been entitled to a credit for the amounts so applied. Having failed to do this, and having paid over to the *cestuique* trust the income of the estate after knowledge of the *devistavit* committed by him, the trustee must make good to the sureties on the bond of the old trustee the full amount so paid by him, the sureties having paid in full the amount of the *devistavit*.